United States District Court
Southern District of Texas

**ENTERED**

February 25, 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARGARET VOORHEES, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-03748 |
| | § | |
| KELSEY-SEYBOLD CLINIC, P.A., | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On January 8, 2021, Defendant's Motion to Dismiss Relator's Second Amended

Complaint (Dkt. 21) was referred to United States Magistrate Judge Andrew M. Edison

under 28 U.S.C. § 636(b)(1)(B). Dkt. 26. On January 29, 2021, Judge Edison filed a

Memorandum and Recommendation (Dkt. 28) recommending that Defendant's Motion to

Dismiss Relator's Second Amended Complaint (Dkt. 21) be **GRANTED** in part and

**DENIED** in part.

On February 12, 2021, Defendant filed its Objections. In accordance with 28

U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those

portions of the [magistrate judge's] report or specified proposed findings or

recommendations to which objection [has been] made." After conducting this de novo

review, the Court may "accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and
Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's
Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is
therefore **ORDERED** that:

(1)     Judge Edison's Memorandum and Recommendation (Dkt. 28) is
        **APPROVED AND ADOPTED** in its entirety as the holding of the Court;
        and

(2)     Defendant's Motion to Dismiss Relator's Second Amended Complaint
        (Dkt. 21) is **GRANTED** in part and **DENIED** in part. Specifically, the
        False Claims Act ("FCA") claims under 31 U.S.C. § 3729(a)(1)(A) and
        (B) survive, while the unjust enrichment and FCA retaliation claim
        are dismissed.

It is so **ORDERED**.

SIGNED and ENTERED this 25th day of February 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE